UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DACOREY SATTERWHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>SHARON COOPER,<br><br>    Defendant. | Case No. 17-CV-00628-LHK<br>Case No. 17-CV-00934-LHK<br>Case No. 17-CV-00981-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINTS WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 12 |
| DACOREY SATTERWHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY DUN HSIN,<br><br>    Defendant. | |
| DACOREY SATTERWHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE,<br><br>    Defendant. | |

1

Case No. 17-CV-00628-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINTS WITHOUT PREJUDICE

Pro se Plaintiff DaCorey Satterwhite has filed three civil complaints. The first complaint, Case No. 17-CV-00638-LHK, is against Sharon Cooper. The second complaint, Case No. 17-CV-00934-LHK, is against Dr. Randy Dun Hsin, a physician at Kaiser Permanente. The third complaint, Case No. 17-CV-00981-LHK, is against Kaiser Permanente.

Upon filing, all three cases were assigned to Magistrate Judge Nathaniel Cousins. Judge Cousins has made a Report and Recommendation that the District Judge dismiss Plaintiff's complaints without prejudice for re-filing in state court "if there is a legal basis to do so." ECF No. 12. The Report and Recommendation was filed and served on June 5, 2017. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, adopts the Report and Recommendation. The Court hereby DISMISSES Plaintiff's complaints in Case No. 17-CV-00638-LHK, Case No. 17-CV-00934-LHK, and Case No. 17-CV-00981-LHK without prejudice for refiling in state court. The Clerk shall close the files.

**IT IS SO ORDERED.**

Dated: June 19, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge